441 A.2d 441

Provident Consumer Dis. Co. et al. v. Martin, Appellant.

Submitted December 5, 1980. Julius E. Fioravanti, for appellant; James W. Tracey, III, for Provident, appellee; Norman R. Segal, for Robinson, appellee; Saul Solomon, for Rogen, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Order affirmed.

440 A.2d 1245

Rose, Appellant v. Rose.

Argued August 31, 1981. T. Lawrence Palmer, for appellant; William D. Kemper, for appellee.

Before WICKERSHAM, BECK and WIEAND, JJ.

The orders of the court below are affirmed.

WIEAND, J., filed a memorandum concurring and dissenting statement.